IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLY CRUSENBERRY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:12-CV-1170 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Billy Crusenberry ("Plaintiff"), and Defendant, Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

By: _____
Peter T. Skeie
315 Deaderick Street
Suite 1220
Nashville, TN 37238

Attorney for Plaintiff Billy Crusenberry

By: _____
William B. Wahlheim, Jr.
Grace R. Murphy
Andrea D. Germany
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618
Attorneys for Hartford Life and Accident Insurance Company

Marshall T. Cook, BPR #20028
Bone, McAllester & Norton, PLLC
131 Saundersville Road, Suite 130
Hendersonville, TN 37075

1

02593539.1